KNOWLES, M.J.
MARCH 15, 2013

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALEXIS FLORES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2776** |
| **EMPLOYUS, ET AL.** | **DIVISION "3"** |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement;

**IT IS ORDERED** that the action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, to seek summary judgment enforcing compromise if it is not consummated within a reasonable time.  With the consent of the parties, the Court retains jurisdiction over the settlement agreement for enforcement purposes.

COUNSEL ARE REMINDED THAT IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

                                                         _/s/ Daniel E. Knowles, III_
                                                         **DANIEL E. KNOWLES, III**
                                                         **UNITED STATES MAGISTRATE JUDGE**